RONALD DASILVA *v.* DANBURY PUBLISHING
COMPANY, A DIVISION OF OTTOWAY
NEWSPAPERS, INC., ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 39 Conn. App. 653 (AC 13882),
is denied.

*Scott R. McCarthy,* in support of the petition.

*David W. Schoolcraft,* in opposition.

Decided December 21, 1995

FIRST NATIONAL BANK OF CHICAGO *v.*
WILSON N. BEAVER

The defendant's petition for certification for appeal
from the Appellate Court (AC 15076) is denied.

*Wilson N. Beaver,* pro se, in support of the petition.

*Joseph H. Weisman,* in opposition.

Decided December 21, 1995

MAC'S CAR CITY, INC. *v.* PELINO S. DILORETO ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 39 Conn. App. 518 (AC 13276),
is granted, limited to the following issue: